**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELIX ESPINOZA, an individual and successor-in-interest to SIERRA ROSE VANATTA; ALYSSA J. GIBSON, an individual and DOES 1 through 10,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE, ANTHONY MAGDALENO, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 8:24-cv-02120-AH-DFMx<br><br>*Assigned for All Purposes to:*<br>*Honorable Anne Hwang*<br>*Dept. 7D*<br><br>**ORDER ON JOINT STIPULATION RE NON-LEAD TRIAL COUNSEL AT HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [53]** |

1

# ORDER

Pursuant to the Parties' Stipulation re Non-Lead Trial Counsel at Hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint ("Stipulation"), and good cause appearing therefor, the Court now orders as follows:

1. Defendants are permitted to have counsel of record other than lead trial counsel appear at the May 25, 2025 hearing on Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

DATED: MAY 28, 2025

HON. ANNE HWANG
United States District Judge

2